IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE GS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-0011-CV-W-GAF |
| ) | |
| THE DIOCESE OF KANSAS CITY- ) | |
| ST. JOSEPH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 9, 2009, defendant Muth filed his Motion for Summary Judgment.

IT IS HEREBY ORDERED that defendant Muth's Motion for Summary Judgment is GRANTED per stipulation of the parties.

IT IS FURTHER ORDERED that the claims against defendant Byzantine Catholic Diocese of Parma and defendant Muth are hereby DISMISSED with prejudice.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: April 27, 2009